## ELIZABETH GALLAGHER *v.* COVENANT INSURANCE COMPANY
### (13969)

Lavery, Landau and Schaller, Js.

Argued December 7, 1995—decision released January 9, 1996

*Prescott W. May,* with whom, on the brief, was *Steven P. Kulas,* for the appellant (plaintiff).

*Rodd J. Mantell,* with whom, on the brief, was *Eugene A. Cooney,* for the appellee (defendant).

PER CURIAM. This case is controlled by *Lowrey* v. *Valley Forge Ins. Co.*, 224 Conn. 152, 617 A.2d 454 (1992).

The judgment is affirmed.